Form ohnb227i (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05)    Case Number 10−53867−mss

# UNITED STATES BANKRUPTCY COURT
Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 13, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For more information regarding the U.S. Bankruptcy Court for the Northern District of Ohio, Local Rules, Bankruptcy Code, Forms and other information you may refer to our web page located at www.ohnb.uscourts.gov.

**See Reverse Side For Important Explanations.**

**Debtor(s) (name(s) and address):**
Donald Lee Wilmot
1551 Druid Drive
Copley, OH 44321

| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names): | Case Number:<br>10−53867−mss<br><br>Last four digits of Social Security No./Taxpayer ID Nos.:<br>xxx−xx−3241 |
|---|---|
| **Attorney for Debtor(s) (name and address):**<br>Pamela I. Theodotou<br>Theodotou & Associates<br>4449 Easton Way 2nd Floor<br>Columbus, OH 43219<br>Telephone number: 888−882−5610 | **Bankruptcy Trustee (name and address):**<br>Richard A Wilson<br>1221 S. Water St.<br>P.O. Box 3307<br>Kent, OH 44240<br>Telephone number: (330) 678−2850 |

### Meeting of Creditors:
Date: **October 5, 2010**    Time: **11:30 AM**
Location: **First Energy Building, Atrium Level #120, 76 S Main St, Akron, OH 44308**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: **December 6, 2010**
Deadline to Object to Exemptions:
**Thirty (30) days after the *conclusion* of the meeting of creditors.**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. If you believe that this stay should be modified or lifted, you may file a motion seeking such relief from the Court.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.
**Foreign Creditors:** A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File A Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>455 Federal Bldg<br>2 South Main Street<br>Akron, OH 44308 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth J. Hirz |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 16, 2010 |

# EXPLANATIONS

FORM ohnb227i

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.<br><br>Creditors who wish to be notified of abandonment proceedings must file a written request for notice with the Court prior to the conclusion of the 11 U.S.C. § 341 meeting. Otherwise, the Court may order abandonment with notice only to affected parties. See L.B.R. 2002−1(a). |
| Presumption of Abuse | If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side which is 60 days after the initial date on which the meeting of creditors is scheduled. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0647-5          User: spete              Page 1 of 1             Date Rcvd: Aug 16, 2010
Case: 10-53867                Form ID: 227i            Total Noticed: 16

The following entities were noticed by first class mail on Aug 18, 2010.
db           +Donald Lee Wilmot,    1551 Druid Drive,    Copley, OH 44321-2007
aty          +Pamela I. Theodotou,    Theodotou & Associates,    4449 Easton Way 2nd Floor,
               Columbus, OH 43219-7005
19872281     +Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
19872282     +Dept. Of Educations Sallie Mae,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
19872283     +Fidelity Properties, Inc.,    220 E.Main Street,    Alliance, OH 44601-2423
19872284     +First Merit Bank,    111 Cascade Plaza,    Akron, OH 44308-1124
19872285     +First Merit Bank NA/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
19872289    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd. Ste. 100,
               Norfolk, VA  23502)
19872290     +RP Fitness,    1653 Merriman Road,    Akron, OH 44313-5210
19872291     +Sallie Mae,    11100 USA Parkway,    Fishers, IN 46037-9203
19872292     +Sweat 24/7,    405 Rothrock Road,    Copley, OH 44321-3144

The following entities were noticed by electronic transmission on Aug 16, 2010.
tr           +EDI: QRAWILSON.COM Aug 16 2010 17:48:00      Richard A Wilson,    1221 S. Water St.,
               P.O. Box 3307,    Kent, OH 44240-0042
19872280     +EDI: CHASE.COM Aug 16 2010 17:48:00      Chase Pier One Imports,    P.O. Box 15298,
               Wilmington, DE 19850-5298
19872286     +EDI: FORD.COM Aug 16 2010 17:53:00      Ford Motor Credit,    P.O. Box 542000,
               Omaha, NE 68154-8000
19872287      EDI: HFC.COM Aug 16 2010 17:48:00      HSBC/ Yamaha Music,    P.O. Box 15524,
               Wilmington, DE  19850
19872288      EDI: IRS.COM Aug 16 2010 17:48:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA  19114
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19872279     ##+Cach LLC/ Collect America,    370 17th Street, Ste. 5000,    Denver, CO 80202-5690
                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2010**          Signature:   *Joseph Speetjens*