

ENTERED PURSUANT TO ADMINISTRATIVE ORDER
NO. 08-10: KENNETH J. HIRZ, CLERK OF COURT
BY: /s/ STEPHANIE PETE
DEPUTY CLERK

Dated: 03:38 PM August 16 2010

UNITED STATES BANKRUPTCY COURT
Northern District of Ohio

In Re:   Donald Lee Wilmot,                         Case No. 10-53867
                                                    Chapter 7
           Debtor(s)
                                                    Hon. Marilyn Shea-Stonum
                                                    United States Bankruptcy Judge

ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS SO ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$65.00   Paid at the time of filing.
$78.00   On or Before September 15, 2010.
$78.00   On or Before October 15,    2010.
$78.00   On or Before November 15, 2010.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

###

# CERTIFICATE OF NOTICE

```
District/off: 0647-5          User: spete           Page 1 of 1           Date Rcvd: Aug 16, 2010
Case: 10-53867                Form ID: pdf836       Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 18, 2010.
```
db           +Donald Lee Wilmot,   1551 Druid Drive,   Copley, OH 44321-2007
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2010**               Signature:   *Joseph Speetjens*